UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JUL 2 3 2014
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| CHRISTOPHER L. RIVERS, | * | CIV 14-4048 |
| Petitioner, | * | |
| vs. | * | ORDER |
| J. S. WILLIS, Warden, | * | |
| Respondent. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Petitioner brings this *pro se* petition pursuant to 28 U.S.C. § 2241. The Magistrate Judge issued a Report and Recommendation recommending that the Petition be denied with prejudice. Petitioner filed no objections to the Report and Recommendation. Based on this Court's review of the file,

IT IS HEREBY ORDERED:

1. That the Report and Recommendation, Doc. 11, is ADOPTED.

2. That Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Doc. 1, is DENIED with prejudice.

3. That no Certificate of Appealability shall issue.

Dated this 23rd day of July, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Nah
DEPUTY