UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JUL 23 2014

[Clerk signature]

|  |  |  |
|---|---|---|
| CHRISTOPHER L. RIVERS, | * | CIV 14-4048 |
| Petitioner, | * | |
| | * | JUDGMENT |
| vs. | * | |
| J. S. WILLIS, Warden, | * | |
| Respondent. | * | |

In accordance with the Order signed this date,

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner's Petition for Relief under 28 U.S.C. § 2241 is denied with prejudice.

Dated this 23rd day of July, 2014.

BY THE COURT:

[Signature]
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: [Signature] Summer Wahpet
DEPUTY